BRUMFIELD *vs.* MORTEE.

APPEAL FROM THE COURT OF THE EIGHTH JUDICIAL DISTRICT, FOR THE
PARISH OF ST. TAMMANY, THE JUDGE THEREOF PRESIDING.

When the dilatory proceedings in the court below, coupled with the
absence of any defence, as set up, show the appeal is resorted to for
delay, the judgment will be affirmed, with ten per cent. damages.

In this case the plaintiff obtained a verdict and judgment
for the amount of his demand, with five per cent. interest
thereon, and the defendant appealed.

The counsel for the appellee brought up the record, after
the return day had expired, and prayed for the affirmance of
the judgment, with damages, as for a frivolous appeal.

*Hennen*, for the appellee.

*Morphy, J.*, delivered the opinion of the court.

In this suit, which is on a note of hand, the defendant
propounded interrogatories to plaintiff to obtain the confession
that he was not the owner of the note, but held it, and put it
in suit for the payee, against whom he averred that he had
good and equitable grounds of defence. The plaintiff hav-
ing failed to answer, the defendant was let into the proof of
the facts set up in defence, but he offered no evidence what-
ever to sustain them. Verdict was given for plaintiff, and
defendant, after the ordinary motion for a new trial, appealed,
but neglected to bring up the record.

The dilatory proceedings resorted to in the court below,
and the absence of any testimony whatever, show, that no
serious defence could be intended, and that this appeal is
frivolous. The plaintiff must, therefore, have the damages
he prays for.

It is ordered, adjudged and decreed, that the judgment
of the District Court be affirmed, with costs, and ten per
cent. damages.